# United States District Court
## Southern District of Ohio at Cincinnati

| UNITED STATES OF AMERICA<br>v.<br>**ERIC TODD LUSENHOP** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release) |
|---|---|
| | Criminal Number: 1:10-CR-067 AND<br>1:13-CR-0111 |
| | USM Number: 05093-061 |
| | Zenaida R. Lockard, Esq.<br>Defendant's Attorney |

**THE DEFENDANT:**

[✓] admitted guilt to violation of condition(s) <u>One and Two</u> of the term of supervision.
[ ] was found in violation of condition(s) ___ after denial or guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

| Last Four Digits of Defendant's Soc. Sec. No.: 2778 | October 19, 2015<br>Date of Imposition of Sentence |
|---|---|
| Defendant's Year of Birth: 1988 | |
| City and State of Defendant's Residence<br>**Butler County Jail**<br>705 Hanover Street<br>Hamilton, OH 45011 | Signature of Judicial Officer |
| | **SANDRA S. BECKWITH**, United States Senior District Judge<br>Name & Title of Judicial Officer |
| | 10/19/15<br>Date |

AO 245 D (Rev. 12/07) Judgment in a Criminal Case for Revocation Sheet 1A

CASE NUMBER: 1:10-CR-067 AND 1:13-CR-0111
DEFENDANT: ERIC TODD LUSENHOP

Judgment - Page 2 of 3

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| One | From July 18 to October 30, 2014, Defendant submitted eight urine specimens that were all determined to be positive for marijuana, and one sample (collected on October 21) was also positive for cocaine. | |
| Two | On May 8, 2015, Defendant was convicted by a federal jury on new criminal charges (felon in possession of ammunition, discharging a firearm during and in relation to a crime of violence, and carjacking), in Case No. 1:14-CR-122 (S.D. Ohio). | |

AO 245D (Rev. 12/07)  Sheet 2 - Imprisonment

| | | |
|---|---|---|
| CASE NUMBER: | 1:10-CR-067 AND 1:13-CR-111 | Judgment - Page 3 of 3 |
| DEFENDANT: | ERIC TODD LUSENHOP | |

## IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 24 months in Case No. 1:10-CR-067, to be served consecutively to the sentence imposed in Case No. 1:14-CR-122, and 24 months in Case No. 1:13-CR-111, to be served consecutively to the sentence imposed in Case No. 1:10-CR-067 and to the sentence in Case No. 1:14-CR-122.

[X] The court makes the following recommendations to the Bureau of Prisons:

Defendant shall be incarcerated at USP Big Sandy, or the closest appropriate facility to Cincinnati, Ohio to facilitate family visits.

[✔] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
 [ ] at ___ on ___.
 [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
 [ ] before 2:00 p.m. on _____.
 [ ] as notified by the United States Marshal but no sooner than
 [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal